UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.T.,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26 Civ. 3779 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Upon consideration of the parties' joint letter dated September 28, 2026 (Dkt. 9), it is ORDERED that defendant's deadline to answer or otherwise respond to the Complaint is extended to November 19, 2026.

Should the parties finalize a settlement before then, they may submit the relevant documents to the Court. *See* Loc. Civ. R. 83.2(a)(1) ("An action by or on behalf of an infant or incompetent person must not be settled or compromised, or voluntarily discontinued, dismissed, or terminated without leave of the court embodied in an order, judgment, or decree."); *see also T.H. v. N.Y.C. Dep't of Educ.*, 99 F. Supp. 3d 394, 395 (S.D.N.Y. 2015).

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2026
New York, New York